JS-6

| | |
|---|---|
| MATTHEW PAGLINO, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PETROCHEM INSULATION, INC.,<br><br>Defendant. | Case No. EDCV 14-00470-VAP (SPx)<br><br>[~~PROPOSED~~] ORDER TO DISMISS CASE WITHOUT PREJUDICE |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
800 Wilshire Blvd., Suite 1320
Los Angeles, CA 90017
(213) 380-2344

1
[Proposed] Order to Dismiss Case Without Prejudice
CASE NO. EDCV 14-00470-VAP (SPX)

1  In consideration of the parties' Stipulation filed concurrently and upon good
2  cause showing, the Court HEREBY ORDERS:
3  1. Pursuant to Rule 25, the instant action, *Paglino et al. v. Petrochem,*
4  Case No. EDCV 14-00470-VAP (SPx) is dismissed *without* prejudice, with each
5  side to bear its fees and costs.
6  2. In light of the parties' representations regarding the availability of
7  mutually agreed-upon mediators and in the interest of conducting a productive early
8  mediation, the parties are ordered to complete an early mediation on or before
9  March 31, 2015 and to promptly present a proposed scheduling order in the new
10  related action, *Herrera, et al. v. Petrochem Insulation, Inc.*, Case No. 14-CV-
11  02066, which reflects a similar sequence and timing of the respective deadlines
12  flowing from the mediation date, in keeping with the Court's Scheduling Order of
13  September 10, 2014 in the *Paglino* case.

Date:  October 10, 2014

_____
The Honorable Virginia A. Phillips
United States District Judge

131736/783090

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
[Proposed] Order to Dismiss Case Without Prejudice
CASE NO. EDCV 14-00470-VAP (SPX)